IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| H5R, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-1197-K-BN |
| | § | |
| SCOTTSDALE INSURANCE | § | |
| COMPANY a/k/a/ NATIONWIDE | § | |
| INSURANCE, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge David L. Horan made findings, conclusions and recommendations in this case. *See* Dkt. No. 65. Plaintiff filed objections, *see* Dkt. No. 66, and Defendant responded, *see* Dkt. No. 69. The District Court has made a *de novo* review of those portions of the proposed findings and recommendations to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 10, 2025.

**SO ORDERED.**

**Signed March 25th, 2025.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE