IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| H5R, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-1197-K-BN |
| | § | |
| SCOTTSDALE INSURANCE | § | |
| COMPANY a/k/a/ NATIONWIDE | § | |
| INSURANCE, | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

The Court has entered its Findings in the case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore,

It is ORDERED, ADJUDGED, and DECREED that Defendant Scottsdale Insurance Company's Motion for Summary Judgment [Dkt. No. 38] is GRANTED. The Court DISMISSES WITH PREJUDICE all of Plaintiff H5R, LLC's claims.

Costs of court, recoverable under Federal Rule of Civil Procedure 54(d)(1), shall be taxed against Plaintiff H5R, LLC.

**SO ORDERED.**

**Signed March 25th, 2025.**

_Ed Kinkeade_
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**